IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 19 A 9: 15
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Joe Benoit Martin #208789 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:07cv335-F
STATE OF ALABAMA Dept. of Corr. ) (To be supplied by Clerk of
) U.S. District Court)
Leon Forniss Warden (STATON) )
)
Richard Allen Commissioner )
)
Edward Robinson Capt. ADOC )
)
Billy Pittman LT. ADOC et.al. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES (  )   NO ( X )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES (  )   NO ( X )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  _____N/A_____

            _____

            Defendant(s)  _____N/A_____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____N/A_____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. PLACE OF PRESENT CONFINEMENT _Staton Correctional Center Elmore, Alabama_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Elmore County Elmore, Al._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|---|---|
| 1. | Richard Allen (Commissioner) | P.O. Box 301501 Montgomery, Al. 36130 |
| 2. | Leon Forniss (Warden) | P.O. Box 56 Elmore, Al. 36025 |
| 3. | Capt. Edward Robinson | P.O. Box 56 Elmore, Al. 36025 |
| 4. | Lt. Billy Pittman | P.O. Box 56 Elmore, Al. 36025 |
| 5. | Sgt. M. Sanford | P.O. Box 56 Elmore, Al. 36025 |
| 6. | Lt. W. Copeland | P.O. Box 56 Elmore, Al. 36025 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 1st Feb. 2, 2007, March 27, 2007, 2nd

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Failure to provide adequate security before and after verbal and physical assault by another inmate._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff Martin was assaulted first on Feb. 2, 2007 on 1st shift by inmate Robert Hardy and an unidentified inmate, while he was sleeping. Inmate Hardy was charged and convicted of being in an unauthorized area and assault on an inmate. On Feb. 13, 2007, on 3rd shift inmate Hardy verbally threatened the plaintiff and this incident was reported (continued)

GROUND TWO: Lack of security in said institution due to indifference and over-crowding.

SUPPORTING FACTS: The deliberate indifference shown by defendants, Capt. Robinson, Lt. Pittman, Lt. Copeland, and Sgt Sanford toward inmate Martin's safety is a clear violation of the plaintiffs' rights in that having been made aware of the ~~violent~~ violent nature of inmate Hardy, nothing of substance was done to protect the plaintiff. The smoke-screen presented by the Alabama — continued

GROUND THREE: Failure to adhere to ADOC regulations regarding separation of known enemies.

SUPPORTING FACTS: Separating known enemies such as the plaintiff and inmate Hardy is an integral part of the ADOC rules and regulations in order to maintain security within an institution and also to adhere ~~to~~ to the Constitutional guarantee to protect a person or persons from cruel and unusual punishment.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

For The Court To enjoin ADOC from retaliating against The plaintiff by coercion, Transfer or any other means. For The Court To grant in any Form of relief deemed reasonable by The Court

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on APRIL 16, 2007.
(Date)

_____
Signature of plaintiff(s)

4

Ground One: Continued.

To LT. W. Copeland on first shift. No action was taken. The Third verbal and physical assault on the plaintiff by inmate Hardy happened on 3rd shift. The plaintiff was charged for fighting without a weapon, though plaintiff was clearly defending himself from the attack by inmate Hardy. Inmat Hardy was convicted of fighting without a weapon but as of this date inmate Hardy is still in population, free to assault the plaintiff without warning. All these incidents were reported to the person listed as defendants in this action.

Ground Two: Continued

Dept. of Corrections, ADOC, in their claim that they are doing everything possible to relieve over-crowding is only an attempt to circumvent federal law prohibiting any state to subject a person to cruel and unusual punishment forbade by The United States Constitution.



Joe B Martin 208789
(B)-118A
Staton Corr. Fac.
P.o.Box 56
Elmore Al. 36025

LEGAL MAIL

UNITED STATES DiSTRicT CoURT
MiDDlE DiSTRicT OF AlABAMA
P.O. Box 711
MonTgomery Al. 36101-0711

LEGAL MAIL