FOR USE BY INCARCERATED PERSONS

2:07cv335 - MEF

RECEIVED
APR 19 A 9:15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE _middle_ DISTRICT OF ALABAMA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: _Joe Benoit Martin #208789_

   Present mailing address: _P.O. Box 56_
   _Elmore, Al. 36025_

2. Are you presently employed?                                    Yes ___  No _X_

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _N/A_
   _N/A_

   Monthly earnings: _N/A_

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _Self-employed, Shelby Co, Al._

   Date last worked: _2004_

   Monthly earnings: _(varied)_

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?     Yes ___  No _X_

   (b) Interest, dividends, rents, or investment income of any kind?  Yes ___  No _X_

1

(c) Pensions, annuities, or life insurance payments?   Yes ___   No _X_

(d) Gifts or inheritances?   Yes _X_   No ___

(e) Any other sources?   Yes ___   No _X_

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Grandfather - $300 year $25 a month

Friend - $150 past year

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ .41

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ___   No _X_

If the answer is "yes," describe the property and state its approximate value:

N/A

N/A

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

N/A

N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2007

Joe B Morter
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for six **full** months must be provided.

### CERTIFICATION

I hereby certify that prisoner __Joe Martin__ has been incarcerated in this institution since _____, 19___, and that he has the sum of $__41¢__ in his prison or jail trust account on this the __11__ day of __April__, 19__2007__. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Nov 2006 | $25.00 | $0.88 |
| Month 2 | Dec 2006 | $125.00 | $20.53 |
| Month 3 | Jan 2007 | $25.00 | $20.58 |
| Month 4 | Feb 2007 | $75.00 | $2.74 |
| Month 5 | March 2007 | $25.00 | $14.55 |
| Month 6 | April 2007 | $25.00 | $9.09 |
| Current month (if less than full month) | | | |

_(signature)_
Signature of Authorized Officer of Institution

__Staton Correctional Facility__
Name of Institution

4

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 208789    NAME: MARTIN, JOE                      AS OF: 04/11/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 19 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $1.98 | $27.87 |
| SEP | 30 | $1.70 | $65.00 |
| OCT | 31 | $3.92 | $25.00 |
| NOV | 30 | $0.88 | $25.00 |
| DEC | 31 | $20.53 | $125.00 |
| JAN | 31 | $20.58 | $25.00 |
| FEB | 28 | $2.74 | $75.00 |
| MAR | 31 | $14.55 | $25.00 |
| APR | 11 | $9.09 | $25.00 |

LAST PAGE: