1-03

April 28, 2007
Joe Benoit Martin
#208789

Dear Clerk of Court,

This letter is to advise the court that I have been transferred to Kelly Correctional Center P.O. Box 150 MT. Meigs AL 36057. Would you please send all correspondence regarding Civil action No. 2:07-CV-00335-MEF-WC to this address. Also on April 26, 2007 I authorized Staton Correctional Center Business Office to send my initial filing fee of $10.00 to the Clerk of Court, United States District Court. I was transferred on April 27, 2007. I did not receive a receipt for this money. If it has not been sent, if you would let me know I will make arrangements to have it sent from here. Thank you

Sincerely yours

Joe B Martin 208789
Kilby Corr. Fac. G-19B
P.O. Box 150 MT Meigs AL
36057

MONTGOMERY AL 361
30 APR 2007 PM 4 L

Joe B Morton 208789
K.C.C. 6-1913
P.O. Box 150
Mt. Meigs Al. 36057

Reference case no.
2:07-CV-00335-MEF-WC

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery Al. 36101-0711