| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Angela Thornell_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Angela Thornell_   C. Date of Delivery _5/2/07_ |
| 1  Leon Forniss<br>Warden<br>Staton Correctional Facility<br>P. O. Box 56<br>Elmore, AL 36025<br><br>07cv335 amp+order | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7006 2760 0005 4873 7699 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540