| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Angela Thornell_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Angela Thornell    C. Date of Delivery: 5/2/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Sgt. M. Sanford<br>Staton Correctional Facility<br>P. O. Box 56<br>Elmore, AL 36025<br><br>07cv335 cmp+order | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7006 2760 0002 8193 1903 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |