**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Angela Thornell_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 5/2/07

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
If YES, enter delivery address below:

1. Lt. W. Copeland
   Staton Correctional Facility
   P. O. Box 56
   Elmore, AL 36025

07cv335-MEF cmp+order

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4774

PS Form 3811, February 2004   Domestic Return Receipt   d2595-02-M-1540