■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Richard Allen
Commissioner
Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Kay P. Hope ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv335 cmp + order

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 4873 7705

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

