IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE BENOIT MARTIN, <br> AIS NO. 208789 <br> <br> Plaintiff, <br> <br> vs. <br> <br> STATE OF ALABAMA, DEPT. OF <br> CORRECTIONS, et al. <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 07-335 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUPPLEMENTAL SERVICE

1. Plaintiff filed a notice with the Court of his transfer to another facility, but said Notice was not received by the Defendants.

2. Defendants hereby declare to the Court that they have this date placed in the Untied States mail a second copy of the Defendant(s) Special Report previously filed in this case, to Plaintiff at his new address below:

Joe Benoit Martin, AIS 208789
Kilby Correctional Facility
POB 150
Mt. Meigs, AL 36507

Dated this the 15th day of June, 2007.

Respectfully submitted:

KIM T. THOMAS (THO115)
GENERAL COUNSEL

1

/s/ Neal P. Conner
Neal P. Conner, Assistant General Counsel
CONNN2024
Attorney for Alabama Department
of Corrections

**ADDRESS OF COUNSEL:**
Neal P. Conner, Counsel
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
(334) 353-3890
(334) 353-3891 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below listed individual by U.S. Mail, postage prepaid, this the 15th day of June, 2007.

Joe Benoit Martin, AIS 208789
Kilby Correctional Facility
POB 150
Mt. Meigs, AL 36507

/s/ Neal P. Conner
Neal P. Conner