IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOE BENDIT MARTIN            (
AIS 208789                  (
      PLAINIFF              (

VS.                         (  CIVIL ACTION NO. 207-CV-335-MEF

LEON FORNISS ET. AL.        (
      DEFENDANTS            (

## MOTION TO AMEND
## SUPPLEMENTAL PLEADING RULE 15d

COMES NOW, the plainiff in the above style action and move for the court of give me relief for the reasons below:

1. Since my attack and filing my action I have not been seen by a medical doctor, only medical assistance, which I was charged. I have done everything I could do to see a medical doctor. All of this information is in my medical file.

2. I have been diagnosed with post traumatic stress disorder by psychiatrist Doctor McGinn by Kilby Mental Health. Which he tells me that I will never get over being attacked in my sleep. For the rest of my life I will have to take costly medications and never sleep like I should because of these attacks that A.D.O.C. officials let happen.

3. I was injured on state property and A.D.O.C. neglected to get me proper medical assistance.

Page 1 of 2

4. I ask the punitive damages, mental anguish, and pain and suffering (PTSD), in the amount of three million dollars ($3,000,000).

WHEREFOR, the plainiff ask the court to grant this motion.

Respectfully submitted,

*Joe Benoit Martin*

JOE BENOIT MARTIN (PLAINTIFF)

## CERTIFICATE OF SERVICE

I CERTIFY ON THE ___9TH___ day of ___July___ 2007, THAT COPIES HAVE BEEN SERVED ON THE DISTRICT COURT OF THE UNITED STATES MIDDLE DISTRICT OF ALABAMA AND THE LAWYER OF THE DEFENDENTS, BY THE U.S. MAIL POSTAGE PREPAID.

NEAL P. CONNER, COUNSEL
ALABAMA DEPT. OF CORRECTIONS
LEGAL DIVISION
301 SOUTH RIPLEY STEET
MONTGOMERY, ALABAMA 36130

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

Respectfully submitted,

*Joe Benoit Martin*

Joe Benoit Martin (Plainiff)

Page 2 of 2

Joe Benoit Martin 208758
Kilby Corr Fac. L-32A
P.O. Box 150
MT Meiss Al 36057

MONTGOMERY AL 361
09 JUL 2007 PM 1 L

Office of Clerk
United States District Court
Po. Box 711
Montgomery Al
36101-0711

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the
communication."

36101+0711-ii E007