IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE BENOIT MARTIN,<br>AIS #208789, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:07-CV-335-MEF<br>) |
| LEON FORNISS, et al., | )<br>) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on July 10, 2007 (Court Doc. No. 19), and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby DENIED to the extent the plaintiff seeks to assert additional claims for relief challenging the medical treatment provided to him after the February 2, 2007 assault.

2. The motion to amend be and is hereby GRANTED to the extent the plaintiff seeks to supplement his response to the defendants' written report as to the disorder suffered as a result of the attack.

The plaintiff is advised that if he wishes to proceed on claims relative to the constitutionality of the medical treatment provided to him he may do so by filing a separate

42 U.S.C. § 1983 action against those persons responsible for the alleged denial of such treatment.

    Done this 11th day of June, 2007.


                      /s/ Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE