IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE BENOIT MARTIN | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 2:07-CV-335-MEF |
| | ) |
| LEON FORNISS, ET. AL. | ) |
| DEFENDANTS. | ) |

**MOTION TO AMEND**
**SUPPLEMENTAL PLEADING *RULE 15D*** 

**COMES NOW**, the plaintiff, in the above style action and moves this Honorable Court to give plaintiff relief for the reasons below:

1) Since the attacks on the plaintiff at Staton Correctional Facility, Joe Martin's mental condition has become worst. The psychiatrist has increased medication twice to help him sleep. There are limits for medication the medical staff can give to inmates. Mr. Martin has side effects from the medication and has problems sleeping at night. When plaintiff sleeps in the day he wakes up fighting the air, thinking he is being attacked by officers or inmate, which is a side effect of PTSD (Post Traumatic Stress Disorder) and also wakes in a cold sweat.

2) It is asked that the court grant a jury trial in this matter.

3) It is prayed that the court will grant relief in punitive damages for mental anguish, pain and suffering, and PTSD in the amount of $5,000,000.00 (five million dollars).

## CERTIFICATE OF SERVICE

I CERTIFY ON THE 31ST DAY OF OCTOBER 2007, THAT COPIES HAVE BEEN SERVED ON THE DISTRICT COURT OF THE UNITED STATES MIDDLE DISTRICT OF ALABAMA, AND THE LAWYER OF THE DEFENDENTS, BY THE U.S. MAIL POSTAGE PAID.

NEAL P. CONNER, COUNSEL
AL. DEPT. OF CORRECTIONS
LEGAL DIVISION
301 SOUTH RIPLY STREET
MONTGOMERY, AL 36130

OFFICE OF THE CLERK
U.S. DISTRICTCOURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

Respectfully submitted,

Joe Benoit Martin (Plaintiff)

Joe B. Martin 208789
J.C.C. L-32A
P.O. Box 150
Mt Meigs Al 36057



MONTGOMERY AL 361
06 NOV 2007 PM 1 L

OFFICE OF THE Clerk
United STATes District Court
P.O. Box 711
Montgomery Al. 36101-0711

LEGAL MAIL