IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE BENOIT MARTIN,<br>AIS #208789, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:07-CV-335-MEF |
| LEON FORNISS, et al., | )<br>) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on November 7, 2007 (Court Doc. No. 22), and as this motion is not filed within the time allowed by the orders entered in this case, *Order of May 1, 2007 - Court Doc. No. 4* at 4 ("**All amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order....**") (emphasis in original), it is

ORDERED that the motion to amend be and is hereby DENIED.

Done this 8th day of November, 2007.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE