```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001398
Cashier ID: cstrecke
Transaction Date: 12/05/2007
Payer Name: KILBY CORRECTIONAL FACILITY
---------------------------------
PLRA CIVIL FILING FEE
 For: JOE B MARTIN
 Case/Party: D-ALM-2-07-CV-000335-001
 Amount:         $10.00
---------------------------------
CHECK
 Remitter: KILBY CORR FACILITY
 Check/Money Order Num: 7954
 Amt Tendered:  $10.00
---------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```

DALM207CV000335-M

KILBY CORRECTIONAL FACILITY

FOR JOE B MARTIN

P O BOX 150
MT MEIGS, AL  36057