```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003727
Cashier ID: khaynes
Transaction Date: 02/04/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
  For: JOE MARTIN
  Case/Party: D-ALM-2-07-CV-000335-001
  Amount:         $20.00
------------------------------------
CHECK
  Check/Money Order Num: 8348
  Amt Tendered:   $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```