In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Joe Benoit Martin 208369
   Plaintiff
      v
Leon Forniss et, Al
   Defendants

Civil Action. No 2:07-CV-335-MEF

RECEIVED
2008 JUL -7 A 9:59
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Notice Of Change Of Address

Comes now The plaintiff (Joe Benoit Martin) in The Above Styled Action of Plaintiff New Address To The Clerk of Courts.

   Joe Benoit Martin
   5514 St. James St
   Birmingham Al 35235

Done of This 2nd Day of July, 2008

Respectfully Submitted
Joe Benoit Martin

Certificate of Service

I cetify that on the 2nd day of July, 2008 that copies of the forgoing have been mailed First Class Mail, to the District Court of the United States for the Middle District of Alabama Northern Division Clerks Office and to the Hon. Neal P. Connor for Alabama Department of Corrections Legal Division

Respectfully Submitted

Joe Benoit Nute